**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-09955 |
| | § | |
| ROBERT SADLOCHA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 11/26/2014, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/28/2014        By:  /s/ David P. Leibowitz
                                       Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-09955 |
| | § | |
| ROBERT SADLOCHA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $2,200.00
*and approved disbursements of*     $3.89
*leaving a balance on hand of*[1] :     $2,196.11

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $2,196.11

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $550.00 | $0.00 | $550.00 |
| David P. Leibowitz, Trustee Expenses | $6.82 | $0.00 | $6.82 |

Total to be paid for chapter 7 administrative expenses:     $556.82
Remaining balance:     $1,639.29

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $1,639.29

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,639.29 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $63,542.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $7,346.04 | $0.00 | $189.52 |
| 2 | Capital One Bank (USA), N.A. | $9,627.44 | $0.00 | $248.38 |
| 3 | Capital Recovery V, LLC | $2,020.53 | $0.00 | $52.13 |
| 4 | PYOD, LLC its successors and assigns as assignee | $11,858.65 | $0.00 | $305.93 |
| 5 | PYOD, LLC its successors and assigns as assignee | $5,199.32 | $0.00 | $134.13 |
| 6 | PYOD, LLC its successors and assigns as assignee | $4,913.26 | $0.00 | $126.75 |
| 7 | PYOD, LLC its successors and assigns as assignee | $2,452.99 | $0.00 | $63.28 |
| 8 | WORLD'S FOREMOST BANK | $9,665.19 | $0.00 | $249.34 |
| 9 | American Express Bank, FSB | $10,459.46 | $0.00 | $269.83 |

|  | Total to be paid to timely general unsecured claims: | $1,639.29 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

UST Form 101-7-NFR (10/1/2010)

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                             United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                              Case No. 14-09955-ERW
Robert Sadlocha                                                     Chapter 7
       Debtor                     CERTIFICATE OF NOTICE
District/off: 0752-1            User: adragonet              Page 1 of 2                    Date Rcvd: Oct 29, 2014
                                Form ID: pdf006              Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2014.
db             +Robert Sadlocha,    1811 Fox Run,    Elk Grove Village, IL 60007-7818
21680521       +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
22255591        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21680522       +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
21680527      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank,    Citicorp Credit Services/Attn: Centraliz,    Po Box 20507,
                 Kansas City, MO 64195)
21680524       +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
21967062        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
21680525       +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
21680526       +Chase - Cc,    Po Box 15298,    Wilmington, DE 19850-5298
21680530       +Comenity Bank/TSA,    Attention: Bankruptcy,    P.O. Box 182686,    Columbus, OH 43218-2686
21680533       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
21680534       +Express/Comenity Bank,    Attention: Bankruptcy Dept,    Po Box 182686,    Columbus, OH 43218-2686
21680535       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
21680544       +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
22240469        WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
21680546       +Worlds Foremost Bank N,    4800 Nw 1st Street,    Lincoln, NE 68521-4463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22211133        E-mail/PDF: rmscedi@recoverycorp.com Oct 30 2014 01:53:22      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21680531        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 30 2014 01:53:29      Discover Fin,
                 Po Box 15316,    Wilmington, DE 19850
21928144        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 30 2014 01:53:29      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
21680532       +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 30 2014 01:53:29      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
21680536       +E-mail/Text: swilloughby@firstbt.com Oct 30 2014 01:46:00      Fst Bnk & Tr,   820 Church St,
                 Evanston, IL 60201-3764
21680537       +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2014 01:53:20      Gecrb/dicks,
                 4125 Windward Plaza,    Alpharetta, GA 30005-8738
21680538       +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2014 01:53:20      Gecrb/jewelry Custom,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
21680539       +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2014 01:53:20      Gecrb/tjx Cos Dc,    Po Box 965015,
                 Orlando, FL 32896-5015
21680540       +E-mail/Text: bankruptcy@gsb.com Oct 30 2014 01:45:13      Glenview State Bank,    800 Waukegan Rd,
                 Glenview, IL 60025-4310
21680541       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 30 2014 01:44:05      Kohls/chase,    Po Box 3115,
                 Milwaukee, WI 53201-3115
22235319       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 30 2014 01:53:23
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
21680543       +E-mail/PDF: pa_dc_claims@navient.com Oct 30 2014 01:50:25      Sallie Mae,
                 Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21680523         Cap1/bstby
21680542         Pna Bank
21680545         Td Rcs/kinsly
21680528*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
21680529*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                 Po Box 20507,    Kansas City, MO 64195)
                                                                                   TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: adragonet              Page 2 of 2           Date Rcvd: Oct 29, 2014
                              Form ID: pdf006              Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2014                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2014 at the address(es) listed below:
              Alicja M. Sroka    on behalf of Debtor Robert   Sadlocha alicjamsroka@gmail.com
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Kenneth W Bach    on behalf of Creditor    Bank of America, N.A. kennethb@johnsonblumberg.com,
               bkecfnotices@johnsonblumberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```